# EXHIBIT 13

# VON RO PARK MODEL

536 Clark Street-Mora, Mn 55051 (mailing address)
320-679-5173

| Buyers: First, Middle, and Last | | | |
|---|---|---|---|
| John Patrick Enright | | | |
| Address: [redacted] | | | |
| City: Chisago | State: IL | Zip Code: 60655 | County: Parked In |
| Home Phone: 773-458-3903 | Work Phone: | | Other: |
| Principal Buyers Date of Birth: [redacted]/62 | Principal Buyers Driver's License No: [redacted] - [redacted] - 2329 | | |
| Co-Buyers Date of Birth: | Co-Buyers Driver's License No: | | |
| Insurance Company: | Policy Number: | | |

**UNIT SOLD** NEW OR USED

| Year: | Make: | Model: | VIN No: |
|---|---|---|---|
| 2013 | Woodland Park | 4011-40L | 1W9BT1356D2046805 |
| License No. | Lienholder: Connexus Credit Union PO Box 8026 Wausau, WI 54402 | | |

**TRADE-IN**

| Year: | Make: | Model: | Length: |
|---|---|---|---|
| 2013 | Enterra | 316RKS | |
| License No. | Lienholder: | | |

**ADDITIONAL NOTES:**

- includes delivery, blocking, leveling, and hooking up to sewer
- moving and/or raising or lowering decks not included
- setup does not include steps, skirting, tiedowns or water hose those items are additional costs
- gas connection, propane tanks, and regulator not included
- power cord reaches original length only-power cord extensions are extra cost
- free service calls for the warranty period of one year from date of delivery of park model

| | |
|---|---|
| Base Price | $58,528.00 |
| Trade In | $29,000.00 |
| Difference | $29,528.00 |
| Sales Tax | $1,845.50 |
| Doc Fee | $50.00 |
| Lic & Title | $60.00 |
| Subtotal | $31,483.50 |
| Additional Parts | |
| Total Price | $31,483.50 |

- as option on 2 sep signed sheets

1. It is mutually understood that this agreement is subject to necessary corrections and adjustments concerning changes in net payoff on trade-in to be made at the time of settlement. 2. You and I certify that the terms of this contract are agreed to as part of this agreement, the same as if the signature. I am purchasing the above described Unit: the optional equipment and accessories; that printed above my trade is free from all claims, except as noted. 3. This agreement contains the entire understanding between you and me and no other representation or inducement, verbal or written, has been made which is not contained in this contract. 4. Insurance against liability for bodily injury or property damage to others is not included in this transaction

I, or we, acknowledge receipt of a copy of this order and that I, or we, have read and understand this agreement.

VON RO [signature]

Principal Buyers Signature: [signature]

Co-Buyer's Signature:

# EXHIBIT 14

CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 5RXTF3128D2200339 | 2013 | CRUISER | | TRAILER | X2163674094 |

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/11/12 | | | | 04/10/12 NEW | ORIGINAL |

MAILING ADDRESS

LEGEND(S)

MILEAGE NOT REQUIRED

CITIZENS BANK
328 S SAGINAW ST
FLINT MI 48502-1923

OWNER(S) NAME AND ADDRESS
JOHN P ENRIGHT
ELLEN ENRIGHT
[redacted]
CHICAGO IL 60655

FIRST LIENHOLDER NAME AND ADDRESS
CITIZENS BANK
328 S SAGINAW ST
FLINT MI 48502-1923

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN

The lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

FirstMerit Bank, N.A. Successor in Interest to Citizens Bank — Firm Name — By [signature] — Signature of Authorized Agent — Date 6-28-13

Firm Name — Signature of Authorized Agent — Date

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party: Address:

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application."

ODOMETER READING: NO TENTHS

Signature(s) of Seller(s) [signatures]

Printed Name(s) of Seller(s) John & Ellen Enright — DATE OF SALE

I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) — Printed Name

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.
J3876429

Jesse White
JESSE WHITE, Secretary of State

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

DO NOT DETACH UNTIL SOLD

NOTICE OF SALE

MUST BE COMPLETED BY SELLER — SEE INSTRUCTIONS ON REVERSE

CRUISER — Vehicle Make; 2013 — Vehicle Year; 5RXTF3128D2200339 — Vehicle Identification Number (VIN); Date

John & Ellen Enright — Name of Seller (Current Registered Owner); Name of Buyer

[redacted] — Complete Address of Seller; Complete Address of Buyer

Chicago — City; ILL — State; 60655 — ZIP; City; State; ZIP

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

[signatures] — Seller's Signature; John & Ellen Enright — Printed Name of Seller; Date

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ ODOMETER READING [NO TENTHS]

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ ODOMETER READING [NO TENTHS]

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ ODOMETER READING [NO TENTHS]

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted, and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ ODOMETER READING [NO TENTHS]

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted and has been transferred to the following printed name and address.

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ ODOMETER READING [NO TENTHS]

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale | Dealer's Name | Dealer No.

Agent's Signature | Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent | Printed Name (same as signature)

VSD 40.26

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## NOTICE OF SALE INSTRUCTIONS

When a vehicle owner sells and/or releases interest in a vehicle that is titled in the State of Illinois, this form must be completed immediately and mailed to the Illinois Secretary of State, Vehicle Services Department, Record Inquiry Division, 501 S. Second St., Rm. 408, Springfield, IL 62756, to ensure that your responsibility for the vehicle is released.

Completion of this form does not satisfy the transfer of ownership requirements as set forth in the Illinois Compiled Statutes. Illinois law requires the owner of a vehicle to complete and sign the Assignment of Title section on the Certificate of Title to the buyer who must apply to the Vehicle Services Department for a Certificate of Title.

Printed by authority of the State of Illinois VSD 40.26

# EXHIBIT 15

VON RO CORPORATION
536 CLARK ST
MORA, MN 55051
DATE 4/17/13
DEPOSIT TICKET
CURRENCY
COIN
CHECKS 53239.00
$ 53239.00
KANABEC STATE BANK
101

4/17/2013 0 $53,239.00

VON RO CORPORATION
536 CLARK ST
MORA, MN 55051
DATE 4/29/13
DEPOSIT TICKET
CHECKS 14780.00
$ 14780.00
KANABEC STATE BANK
101

4/29/2013 0 $14,780.00

VON RO CORPORATION
536 CLARK ST
MORA, MN 55051
DATE 4/29/13
DEPOSIT TICKET
CHECKS 34296.00
$ 34296.00
KANABEC STATE BANK
101

4/29/2013 0 $34,296.00

VON RO CORPORATION 32406
DATE 9/17/12
PAY TO THE ORDER OF MJ Mimbach $ 1,000.00
One Thousand and no/100 DOLLARS
KANABEC STATE BANK

4/18/2013 32406 $1,000.00

VON RO CORPORATION 32601
DATE 3/29/13
PAY TO THE ORDER OF Joseph Newton $ 5,000.00
Five Thousand and no/100 DOLLARS

4/1/2013 32601 $5,000.00

VON RO CORPORATION 32602
DATE 3/27/13
PAY TO THE ORDER OF Joseph Newton $ 1,466.84
One Thousand Four Hundred Sixty Six and 84/100 DOLLARS

4/1/2013 32602 $1,466.84

VON RO CORPORATION 32603
DATE 3/27/13
PAY TO THE ORDER OF Joseph Newton $ 199.00
One Hundred Ninety Nine and no/100 DOLLARS

4/1/2013 32603 $199.00

VON RO CORPORATION 32604
DATE 3/27/13
PAY TO THE ORDER OF Derek Sadowski $ 87.45
Eighty Seven and 45/100 DOLLARS
FOR reimbursement after loan payoff

4/3/2013 32604 $87.45

VON RO CORPORATION 32605
DATE 3/28/13
PAY TO THE ORDER OF Merchants Bank NA $ 1,324.70
One Thousand Three Hundred Twenty Four and 70/100 DOLLARS
FOR 2926501

4/1/2013 32605 $1,324.70

VON RO CORPORATION 32606
DATE 3/28/13
PAY TO THE ORDER OF GE Commercial Finance $ 2,000.00
Two Thousand and no/100 DOLLARS
FOR Ch ref # 136484

4/1/2013 32606 $2,000.00

VON RO CORPORATION 32607
DATE 3/28/13
PAY TO THE ORDER OF Blue Cross Blue Shield of Minnesota $ 755.50
Seven Hundred Fifty Five and 50/100 DOLLARS
XZ7039464 0

4/1/2013 32607 $755.50

VON RO CORPORATION 32608
DATE 3/29/13
PAY TO THE ORDER OF Charles Vrag Jr. $ 218.03
Two Hundred Eighteen and 03/100 DOLLARS
FOR and 3/29

4/3/2013 32608 $218.03

# EXHIBIT 16

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32762
Date: 6/7/13 — Pay to: Freedom — $110.00 — One Hundred Ten and no/100 Dollars
KANABEC
⑈032762⑈ [redacted]3601⑆ [redacted]-997⑈
6/11/2013 32762 $110.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32763
Date: 6-9-13 — Pay to the order of: BP — $80.00 — Eighty Dollars no/100
KANABEC — For: 108105
⑈032763⑈ [redacted]3601⑆ [redacted]-997⑈
6/11/2013 32763 $80.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32764
Date: 6/8/13 — Pay to the order of: MJ Mimbach — $6,500.00 — Six Thousand Five Hundred and no/100
KANABEC
⑈032764⑈ [redacted]3601⑆ [redacted]-997⑈
6/17/2013 32764 $6,500.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32767
Date: 6/7/13 — Pay to the order of: Charles Uraa Jr. — $239.82 — Two Hundred Thirty Nine and 82/100
KANABEC — For: and 6/7
⑈032767⑈ [redacted]3601⑆ [redacted]-997⑈
6/13/2013 32767 $239.82

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32768
Date: 6/10/13 — Pay to the order of: Oslin Cumber — $98.11 — ninty Eight dollars 11/100
KANABEC
⑈032768⑈ [redacted]3601⑆ [redacted]-997⑈
6/11/2013 32768 $98.11

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32769
Date: 6/11/13 — Pay to the order of: Freedom — $20.00 — Twenty and no/100
KANABEC
⑈032769⑈ [redacted]3601⑆ [redacted]997⑈
6/13/2013 32769 $20.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32770
Date: 6/11/13 — Pay to the order of: GMCU — $4,960.00 — Four Thousand Nine Hundred Sixty and no/100
KANABEC — For: '87 [illegible] / '89 [illegible] 2000
⑈032770⑈ [redacted]3601⑆ [redacted]-997⑈
6/12/2013 32770 $4,960.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32771
Date: 6/10/13 — Pay to the order of: Citizens Bank — $23,029.12 — Twenty Three Thousand Twenty Nine and 12/100
KANABEC — For: payoff for customer John & Ellen Enright — Acct 07203719419 [illegible]
⑈032771⑈ [redacted]601⑆ [redacted]-997⑈
6/14/2013 32771 $23,029.12

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32772
Date: 6/10/13 — Pay to the order of: MMU — $199.98 — One Hundred Ninety Nine and 98/100
KANABEC — For: 06-00906760-00-6
⑈032772⑈ [redacted]3601⑆ [redacted]-997⑈
6/13/2013 32772 $199.98

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32774
Date: 6/11/13 — Pay to the order of: KSB — $262.50 — Two Hundred Sixty Two and 50/100
KANABEC
⑈032774⑈ [redacted]3601⑆ [redacted]-997⑈
6/11/2013 32774 $262.50

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32775
Date: 6/11/13 — Pay to the order of: GMCU — $6,350.00 — Six Thousand Three Hundred Fifty and no/100
KANABEC — For: loan [illegible] / loan [illegible]
⑈032775⑈ [redacted]3601⑆ [redacted]-997⑈
6/12/2013 32775 $6,350.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32776
Date: 6/11/13 — Pay to the order of: Freedom — $20.00 — Twenty and no/100
KANABEC
⑈032776⑈ [redacted]3601⑆ [redacted]-997⑈
6/13/2013 32776 $20.00

# EXHIBIT 17

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32860
DATE 7/5/13 75-1360-919
PAY TO THE ORDER OF Joseph Newton $ 366 71
Three Hundred Sixty Six and 71/100 DOLLARS
KANABEC
FOR
⑈032860⑈ [redacted] 3601⑆ [redacted] 997⑈

7/9/2013 32860 $366.71

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32861
DATE 7/6/13 75-1360-919
PAY TO THE ORDER OF Freedom $ 60 00
Sixty and no/100 DOLLARS
KANABEC
FOR
⑈032861⑈ [redacted] 3601⑆ [redacted] 997⑈

7/9/2013 32861 $60.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32862
DATE 7-8-13 75-1360-919
PAY TO THE ORDER OF BP $ 130.00
One Hundred Thirty Dollars no/100 DOLLARS
KANABEC
FOR 467343/8/750.00
⑈032862⑈ [redacted] 3601⑆ [redacted] 997⑈

7/12/2013 32862 $130.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32863
DATE 7/8/13 75-1360-919
PAY TO THE ORDER OF Freedom $ 80 00
Eighty and 00/100 DOLLARS
KANABEC
FOR
⑈032863⑈ [redacted] 3601⑆ [redacted] 997⑈

7/10/2013 32863 $80.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32864
DATE 7/2/13 75-1360-919
PAY TO THE ORDER OF MJ Mimbach $ 500 00
Five Hundred and no/100 DOLLARS
KANABEC
FOR
⑈032864⑈ [redacted] 3601⑆ [redacted] 997⑈

7/29/2013 32864 $500.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32865
DATE 7/3/13 75-1360-919
PAY TO THE ORDER OF MJ Mimbach Inc $ 500 00
Five Hundred and no/100 DOLLARS
KANABEC
FOR
⑈032865⑈ [redacted] 3601⑆ [redacted] 997⑈

7/16/2013 32865 $500.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32867
DATE 7/7/13 75-1360-919
PAY TO THE ORDER OF MJ Mimbach Inc $ 500 00
Five Hundred and no/100 DOLLARS
KANABEC
FOR
⑈032867⑈ [redacted] 3601⑆ [redacted] 997⑈

7/16/2013 32867 $500.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32868
DATE 7/8/13 75-1360-919
PAY TO THE ORDER OF MJ Mimbach $ 2,000 00
Two Thousand and no/100 DOLLARS
KANABEC
FOR
⑈032868⑈ [redacted] 3601⑆ [redacted] 997⑈

7/29/2013 32868 $2,000.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32869
DATE 7/9/13 75-1360-919
PAY TO THE ORDER OF Dale's Mobile Home Transport $ 3,000 00
Three Thousand and no/100 DOLLARS
KANABEC
FOR
⑈032869⑈ [redacted] 3601⑆ [redacted] 997⑈

7/15/2013 32869 $3,000.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32871
DATE 7/9/13 75-1360-919
PAY TO THE ORDER OF Diversified Foundations LLC $ 25 00
Twenty Five and no/100 DOLLARS
KANABEC
FOR
⑈032871⑈ [redacted] 3601⑆ [redacted] 997⑈

7/15/2013 32871 $25.00

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32872
DATE 6/21/13 75-1360-919
PAY TO THE ORDER OF Matthew Duchene $ 222 65
Two Hundred Twenty Two and 65/100 DOLLARS
KANABEC
FOR end 6/21
⑈032872⑈ [redacted] 3601⑆ [redacted] 997⑈

7/18/2013 32872 $222.65

VON RO CORPORATION 536 CLARK ST MORA, MN 55051 — 32873
DATE 7/5/13 75-1360-919
PAY TO THE ORDER OF Charles Vrra Jr. $ 239 82
Two Hundred Thirty Nine and 82/100 DOLLARS
KANABEC
FOR end 7/5
⑈032873⑈ [redacted] 3601⑆ [redacted] 997⑈

7/12/2013 32873 $239.82

# EXHIBIT 18

Newton 015

**VON RO PARK MODEL**
**536 Clark Street-Mora, Mn 55051 (mailing address)**
**320-679-5173**

Buyers: First, Middle, and Last: Joseph John Newton Tracy Lynn Newton

Address: [redacted]

City: Eden Prairie State: Mn Zip Code: 55347 County: Hennepin

Home Phone: 612-720-4847 Work Phone: Other:

Principal Buyers Date of Birth: [redacted]/72 Principal Buyers Driver's License No: G307024102610

Co-Buyers Date of Birth: [redacted]/73 Co-Buyers Driver's License No: D614098662511

Insurance Company: Policy Number:

**UNIT SOLD** **NEW** **OR** **USED** (circled)

Year: 2013 Make: Enterra by Cruiser RV Model: 316RKS VIN No: 5RXTF3128D2200339

License No. Lienholder: Stearns Bank NA 600 Hillside Ave SW Pine City, Mn 55063

**TRADE-IN**

Year: Make: Model: Length:

License No. Lienholder:

**ADDITIONAL NOTES:**
* checkout all systems & appliances to make sure they work

| | |
|---|---|
| Base Price | $35,000 |
| Trade In | |
| Difference | |
| Sales Tax | $2,275 |
| Doc Fee | $50 |
| Lic & Title | $64 |
| Subtotal | $37,389 |
| Additional Parts | |
| Total Price | $37,389 |

1. It is mutually understood that this agreement is subject to necessary corrections and adjustments concerning changes in net payoff on trade-in to be made at the time of settlement. 2. You and I certify that the terms of this contract are agreed to as part of this agreement, the same as if the signature. I am purchasing the above-described Unit, the optional equipment and accessories; that printed above my trade is free from all claims, except as noted. 3. This agreement contains the entire understanding between you and me and no other representation or inducement, verbal or written, has been made which is not contained in this contract. 4. Insurance against liability for bodily injury or property damage to others is not included in this transaction.

I, or we, acknowledge receipt of a copy of this order and that I, or we, have read and understand this agreement.

8/20/13

VON RO [signature]

Principal Buyers Signature: [signature]

Co-Buyer's Signature: [signature]

# EXHIBIT 19

KANABEC STATE BANK — CHECKING DEPOSIT
DATE 8/31/13 NAME Von Ro Corp
Guy 2665.00
Amby 937.00
3602.00
4700 $ 3602.00

9/3/2013 0 $3,602.00

KANABEC STATE BANK — CHECKING DEPOSIT
DATE 9/7/13 NAME Von Ro Corp
Dave 1500.00
1500.00
4700 $ 1500.00

9/9/2013 0 $1,500.00

KANABEC STATE BANK — CHECKING DEPOSIT
KAE SEP 11 13
NAME Von-Ro
4700 $ 1150.00

9/11/2013 0 $1,150.00

KANABEC STATE BANK — CHECKING WITHDRAWAL
DATE 9/2/13 NAME Von Ro Corp
AMOUNT Four Thousand Five Hundred and no/100 Dollars
4700 $ 4500.00

9/3/2013 0 $4,500.00

KANABEC STATE BANK — CHECKING WITHDRAWAL
KAE
DATE 9/14/13 NAME Von Ro Corporation
AMOUNT Ninety and no/100 Dollars
4700 $ 90.00

9/16/2013 0 $90.00

Von Ro Corporation
536 Clark Street
Mora, Mn 55051 — 3108
6195173
8/20/13
Pay to the order of Northern Wholesale $ 66.08
Sixty Six and 08/100 Dollars
Kanabec State Bank, Mora, MN 55051-1308
For Spoons
4700 3108

9/6/2013 3108 $66.08

Von Ro Corporation
536 Clark Street
Mora, Mn 55051 — 3109
8/31/13
Pay to the Order of Dennis Bauman $ 352.40
Kanabec State Bank, Mora, MN 55051-1308
For 8/30
4700 3109

9/3/2013 3109 $352.40

Von Ro Corporation
536 Clark Street
Mora, Mn 55051 — 3110
9/5/13
Pay to the Order of Deputy #90 $ 87.50
Eighty seven & 50/100 Dollars
Kanabec State Bank, Mora, MN 55051-1308
4700 3110

9/9/2013 3110 $87.50

Von Ro Corporation
536 Clark Street
Mora, Mn 55051 — 3111
9-8-13
Pay to the Order of BP $ 120.00
One Hundred Twenty and no/100 Dollars
Kanabec State Bank, Mora, MN 55051-1308
For 579107
4700 3111

9/10/2013 3111 $120.00

Von Ro Corporation
536 Clark Street
Mora, Mn 55051 — 3112
9/7/13
Pay to the order of Joseph Newton $ 366.71
Three Hundred Sixty Six and 71/100 Dollars
Kanabec State Bank, Mora, MN 55051-1308
4700 3112

9/13/2013 3112 $366.71

Von Ro Corporation
536 Clark Street
Mora, Mn 55051 — 3113
9/9/13
Pay to the order of Northern Wholesale $ 1,056.91
One Thousand Fifty Six and 91/100 Dollars
Kanabec State Bank, Mora, MN 55051-1308
4700 3113

9/11/2013 3113 $1,056.91

Von Ro Corporation
536 Clark Street
Mora, Mn 55051 — 3114
9/10/13
Pay to the order of BP $ 100.00
One Hundred and no/100 Dollars
Kanabec State Bank, Mora, MN 55051-1308
4700 3114

9/16/2013 3114 $100.00

# EXHIBIT 20

Newton 021

200947

APPLICATION TO TITLE/REG. A VEHICLE
MINNESOTA DEPARTMENT OF PUBLIC SAFETY
Driver and Vehicle Services Division
445 Minnesota St., St. Paul, MN 55101-5185
Phone: (651) 297-2128 TTY: (651) 282-6555
dvs.dps.mn.gov

FOR CENTRAL OFFICE USE ONLY

PLATE NUMBER | YEAR
YEAR VALIDATION STICKER NUMBER | YEAR
WEIGHT STICKER NUMBER/MOTORCYCLE ENGINE NUMBER

VALIDATION AND OFFICE USE ONLY
PAID
SEP 30 2013
Deputy #90
MSO-Title Only

## A — PURCHASER(S) OWNER(S) MUST COMPLETE

| DATE OF PURCHASE | NEW / USED | PREVIOUS PLATE NUMBER | YEAR | EXPIRATION DATE MONTH | YEAR |
|---|---|---|---|---|---|
| 2 \| 15 \| 2013 | NEW ☒ USED ☐ | MSO | | | |

| MODEL YEAR | MAKE | BODY/MODEL TYPE | COLOR CODE BODY | ROOF |
|---|---|---|---|---|
| 2013 | WOODLAND PARK | AP100L | | |

DVS CENTRAL OFFICE USE ONLY — TRUCKS/TRAILERS: DOT# | EMPTY WEIGHT | # AXLES

Vehicle Information — VEHICLE IDENTIFICATION NUMBER: 1 W 9 B P 0 3 S 9 D 2 0 4 6 7 3 3

☐ You may disclose my information for any use in response to requests for my individual driver or motor vehicle record.
☐ You may disclose my personal information for bulk distribution for surveys, marketing or solicitations.

PURCHASER(S) OWNER(S) Information

| LAST, FIRST, AND MIDDLE NAME | DRIVER'S LICENSE NUMBER/DEALER NUMBER | DATE OF BIRTH |
|---|---|---|
| NEWTON JOSEPH J | [redacted]2610 | [redacted] 1972 |
| ADDITIONAL PURCHASER(S)/OWNER(S) LAST, FIRST, AND MIDDLE NAME | DRIVER'S LICENSE NUMBER | DATE OF BIRTH |
| | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE |
|---|---|---|---|---|
| [redacted] | EDEN PRAIRIE | HENNEPIN | MN | 55347 |

DAYTIME TELEPHONE NUMBER: 612-720-4847
MINNESOTA COUNTY OR OTHER STATE WHERE VEHICLE IS KEPT: HENNEPIN 27

## B — PURCHASER(S) OWNER(S) MUST COMPLETE

IS THIS VEHICLE SUBJECT TO SECURITY AGREEMENT(S)? YES ☒ NO ☐ IF YES, COMPLETE SECTION B.

| FIRST SECURED PARTY (PRINT NAME) | DATE OF LOAN | FOR ADDITIONAL SECURED PARTIES, ATTACH COMPLETED FORM PS2017 |
|---|---|---|
| BMO Harris Bank N.A. | 2/15/2013 | |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| P O BOX 660310 | Sacramento | CA | 95866 |

## C — SELLER(S) MUST COMPLETE AND SIGN

ODOMETER DISCLOSURE STATEMENT. I (WE) CERTIFY THAT THE ODOMETER NOW READS ________ (NO TENTHS) MILES AND TO THE BEST OF MY KNOWLEDGE THE ODOMETER MILEAGE IS:
☒ *ACTUAL MILEAGE*
☐ *IN EXCESS OF ODOMETER'S MECHANICAL LIMITS*
☐ *NOT ACTUAL MILEAGE - WARNING ODOMETER DISCREPANCY*

DAMAGE DISCLOSURE STATEMENT. TO THE BEST OF MY KNOWLEDGE THIS VEHICLE ☐ *HAS* ☐ *HAS NOT* (CHECK ONE) SUSTAINED DAMAGE IN EXCESS OF 80 PERCENT ACTUAL CASH VALUE.

*ASSIGNMENT: I (WE) CERTIFY THAT THIS VEHICLE IS FREE FROM ALL SECURITY INTERESTS. I (WE) WARRANT TITLE AND ASSIGN THE REGISTRATION TAX AND VEHICLE TO THE PERSON(S) NAMED ABOVE.*

Von Ro Corporation — SELLER'S PRINTED NAME(S) — 2/15/2013 DATE OF SALE
536 Clark Street, Mora, MN 55051 — SELLER'S ADDRESS — 31385 DEALER LICENSE #
X [signature] — SELLER'S SIGNATURE(S)

## D — PURCHASER(S) OWNER(S) MUST COMPLETE AND SIGN

PURCHASER'S MOTOR VEHICLE SALES TAX DECLARATION

| | |
|---|---|
| 1. FULL PURCHASE PRICE | $49,823.00 |
| 2. LESS TRADE-IN ALLOWANCE (COMPLETE ITEM NO. 6) | $0.00 |
| 3. NET PURCHASE PRICE | $49,823.00 |
| 4. ______ % OF LINE 3 | $2,226.59 |
| 5. LESS TAX PAID TO ANOTHER STATE | $ |
| NET SALES TAX DUE | |
| 6. TRADE-IN WAS MODEL YEAR / MAKE / PLATE NUMBER | |

Park Model (handwritten)

I DECLARE THIS TAX EXEMPTION CODE:
MN DEALER LICENSE #
MN SALES TAX ACCOUNT #
INTERNAL REVENUE CODE # (IRC)
PRORATE ACCOUNT # (Sales tax due when registered)

BASE VALUE OR GROSS WEIGHT
REGISTRATION PERIOD FROM / THROUGH
CHANGE OF GROSS VEHICLE WEIGHT — TIME OF CHANGE / HOURS — DATE OF CHANGE — DATE CHANGE EXPIRES
CHANGE OF WEIGHT AND/OR CLASS FROM / TO

| FEE | AMOUNT |
|---|---|
| REGISTRATION TAX + | $ |
| PLATE FEE | |
| ARREARS TAX | |
| Lien fee | 2.00 |
| EXPEDITE | 10.00 |
| PUBLIC SAFETY VEHICLE FEE | 3.50 |
| TRANSFER TAX | 10.00 |
| TITLE/TRANSFER FEE | 7.25 ~~$60.00~~ |
| MOTOR VEHICLE SALES TAX | |
| LATE TRANSFER PENALTY | 2.00 |
| SUB-TOTAL | $ 34.75 |
| STATE/DEPUTY FILING FEE | 20.00 |
| TOTAL DUE | $ 54.75 |

I (WE) CERTIFY I (WE) ARE OF LEGAL AGE, HAVE PURCHASED THIS VEHICLE SUBJECT TO LIENS SHOWN AND NO OTHER, THIS VEHICLE IS AND WILL CONTINUE TO BE INSURED WHILE OPERATING UPON THE PUBLIC STREETS AND HIGHWAYS. THE VEHICLE WILL BE OPERATED IN COMPLIANCE WITH THE LAWS THAT APPLY TO ITS CLASS OF REGISTRATION. I (WE) HAVE RECEIVED A COPY OF THIS APPLICATION AND ALL OF MY (OUR) DECLARATIONS ARE TRUE AND CORRECT. IF APPLICABLE, I (WE) HAVE KNOWLEDGE OF STATE AND FEDERAL REGULATIONS APPLICABLE TO COMMERCIAL VEHICLE OPERATION, MINNESOTA STATUTES, CHAPTER 221, PUBLIC SERVICE COMMISSION RULES 1 THROUGH 48, AND CODE OF FEDERAL REGULATIONS, TITLE 49, PARTS 390 THROUGH 399, AND IF A TRANSPORTER OF HAZARDOUS MATERIALS, CODE OF FEDERAL REGULATIONS, TITLE 49, PARTS 171 TO 180.

X [signature] 2/15/2013 DATE
X N/A DATE
SIGNATURE(S) ALL PURCHASERS/OWNERS MUST SIGN

WITHOUT PROPER OWNERSHIP/TRANSFER DOCUMENTS (e.g., OUT-OF-STATE CERTIFICATE OF TITLE), NO MINNESOTA TITLE WILL BE ISSUED.

DO NOT SIGN UNTIL COMPLETED

- over -

# EXHIBIT 21

# STATE OF MINNESOTA CERTIFICATE OF TITLE FOR A MOTOR VEHICLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL/BODY | TITLE NUMBER |
|---|---|---|---|---|
| 1W9BP03S9D2046733 | 13 | WOOD | PK TRL | E273A0130 |

| DATE ISSUED | ODOMETER | TAX BASE | CODE | PLATE NUMBER | CENTRAL OFFICE USE ONLY |
|---|---|---|---|---|---|
| 09/30/13 | N/REQD | 000000 | 99 | | |

NEW 02/15/13

FIRST SECURED PARTY DOB
02/15/13 20172

BMO HARRIS BANK NA

PO BOX 660310
SACRAMENTO CA 95866

TOTAL LIENS 1

OWNER
NEWTON JOSEPH JOHN

[redacted]
EDEN PRAIRIE MN 55347-1741

Z

## ASSIGNMENT BY SELLER (TRANSFEROR)

FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. MINNESOTA LAW REQUIRES THAT YOU MAKE A DISCLOSURE ABOUT DAMAGE TO THE VEHICLE. A FALSE OR FRAUDULENT STATEMENT OF PURCHASE BY ANY PERSON IS A GROSS MISDEMEANOR OR FELONY.

ODOMETER DISCLOSURE STATEMENT. I (WE) CERTIFY THAT THE ODOMETER NOW READS ____________ (NO TENTHS) MILES AND TO THE BEST OF MY KNOWLEDGE THE ODOMETER MILEAGE:

☐ *IS ACTUAL MILEAGE*
☐ *EXCEEDS MECHANICAL LIMITS OF ODOMETER*
☐ *IS NOT ACTUAL MILEAGE* – WARNING ODOMETER DISCREPANCY

DAMAGE DISCLOSURE STATEMENT. TO THE BEST OF MY KNOWLEDGE, THIS VEHICLE: ☐ HAS ☐ HAS NOT (CHECK ONE) SUSTAINED DAMAGE IN EXCESS OF 80 PERCENT ACTUAL CASH VALUE.

ASSIGNMENT: I (WE) CERTIFY THAT THIS VEHICLE IS FREE FROM ALL SECURITY INTERESTS, WARRANT TITLE, AND ASSIGN THE REGISTRATION TAX AND VEHICLE TO:

| SELLER'S PRINTED NAME(S) | DATE OF SALE ( / / ) | BUYER'S PRINTED NAME(S) |
|---|---|---|
| SELLER'S ADDRESS | DEALER'S LICENSE # | BUYER'S ADDRESS |
| SELLER'S SIGNATURE(S) | | BUYER'S SIGNATURE(S) |

## APPLICATION FOR TITLE BY BUYER (TRANSFEREE). MUST BE SUBMITTED WITHIN 10 DAYS (Please Print)

| BUYER'S NAME (LAST) | (FIRST) | (MIDDLE) | DATE(S) OF BIRTH | BUYER'S DRIVER'S LICENSE NUMBER(S) |
|---|---|---|---|---|
| ADD'L BUYER'S NAME(S) (LAST) | (FIRST) | (MIDDLE) | DATE(S) OF BIRTH | BUYER'S DRIVER'S LICENSE NUMBER(S) |

| STREET ADDRESS | CITY | COUNTY/CODE | STATE | ZIP CODE |
|---|---|---|---|---|

IS THIS VEHICLE SUBJECT TO SECURITY AGREEMENT(S)? ☐ NO ☐ YES (IF YES, COMPLETE SECTION BELOW)

| FIRST SECURED PARTY'S NAME (PRINT NAME) | DATE OF SECURITY AGREEMENT | FOR ADDITIONAL SECURED PARTIES, ATTACH COMPLETED FORM PS2017 |
|---|---|---|

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

I (WE) CERTIFY I (WE) AM (ARE) OF LEGAL AGE, HAVE PURCHASED THIS VEHICLE SUBJECT TO LIENS SHOWN AND NO OTHERS. I (WE) ATTEST BY THIS TRANSACTION THAT THIS VEHICLE IS AND WILL CONTINUE TO BE INSURED WHILE OPERATED UPON THE PUBLIC STREETS AND HIGHWAYS. ALL OF MY (OUR) DECLARATIONS ARE TRUE AND CORRECT.

X

APPLICANT'S/BUYER'S SIGNATURE(S) All Must Sign

MINNESOTA COUNTY OR OTHER STATE WHERE VEHICLE IS KEPT

IMPORTANT - PLEASE READ: ALL INFORMATION COLLECTED ON THIS APPLICATION IS REQUIRED BY LAW AND IS USED TO IDENTIFY THE MOTOR VEHICLE. FAILURE TO PROVIDE REQUIRED INFORMATION MAY RESULT IN DENIAL OF THE REQUESTED ACTION. EXCEPT FOR CERTAIN USES PERMITTED BY FEDERAL AND STATE LAWS, PERSONAL INFORMATION CONTAINED IN YOUR APPLICATION MAY NOT BE DISCLOSED TO ANYONE WITHOUT YOUR EXPRESS CONSENT. YOU MAY EXPRESSLY CONSENT TO THE DISCLOSURE OF YOUR INFORMATION BY WRITING THE FOLLOWING ADDRESS:

MINNESOTA DEPARTMENT OF PUBLIC SAFETY
DRIVER AND VEHICLE SERVICES DIVISION
445 MINNESOTA STREET, ST. PAUL, MINNESOTA 55101-5187
PHONE 651-297-2126 TTY 651-282-6555
dvs.dps.mn.gov

PS2700-19

KEEP IN A SAFE PLACE – ANY ALTERATION OR ERASURE VOIDS THIS TITLE

### SELLER'S NOTICE OF SALE

When you sell this vehicle, you are responsible to file the information on the back side of this notice with the Department of Public Safety *within 10 days*. Please file this information over the internet at dvs.dps.mn.gov, call 651-284-1234, or complete all the information on this notice and mail to the address below. This notice is not required if sold to a Minnesota licensed dealer.

MINNESOTA DEPARTMENT OF PUBLIC SAFETY
DRIVER AND VEHICLE SERVICES DIVISION
445 MINNESOTA STREET, ST. PAUL, MINNESOTA 55101-5187

TITLE NUMBER E273A0130

VIN 1W9BP03S9D2046733

MINNESOTA MOTOR VEHICLE REGISTRATION

| YR | MK | MDL | VIN |
|---|---|---|---|
| 13 | WOOD | PK TRL | 1W9BP03S9D2046733 |

PLATE # STICKER # TAX EXP

GROSS VEHICLE WEIGHT/BASE VALUE 000000
RECORDED OWNER(S)
NEWTON JOSEPH JOHN

13992 WELLINGTON DR
EDEN PRAIRIE MN 55347-1741