UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 |
| Von Ro Corporation, | BKY 13-34910-GFK |
| Debtor. | |

| | |
|---|---|
| John R. Stoebner, Trustee, | ADV NO. 15-03117 |
| Plaintiff | |
| vs. | |
| Joseph John Newton; Tracy L. Newton; Donovan P. Hardy; Spire Credit Union fka Greater Minnesota Credit Union; Brian Smith, in his official capacity as Sheriff of Kanabec County, Minnesota; and John Doe 1-x, Jane Doe 1-x, ABC corporation, | |
| Defendants | |

## UNSWORN CERTIFICATE OF SERVICE

I, Anne M. Scheel, declare under penalty of perjury that on September 4, 2015, I served a copy of the Summons and Complaint by certified mail return receipt requested and first class mail postage prepaid to each party named below at the address stated below for each party:

Joseph John Newton
13992 Wellington Drive
Eden Prairie, MN  55347

*By Certified Mail – Return Receipt Requested
and By First Class Mail-Postage Prepaid*

Tracy L. Newton
13992 Wellington Drive
Eden Prairie, MN  55347

*By Certified Mail – Return Receipt Requested
and By First Class Mail-Postage Prepaid*

Donovan P. Hardy
708 Jewell Street
Mora, MN  55051

*By Certified Mail – Return Receipt Requested
and By First Class Mail-Postage Prepaid*

Spire Credit Union fka Greater Minnesota Credit Unio
Attn:  Officer or Managing Agent
112 South Lake Street
Mora, MN  55051

*By Certified Mail – Return Receipt Requested
and By First Class Mail-Postage Prepaid*

Brian Smith
Sheriff of Kanabec County, Minnesota
18 North Vine Street
Mora, MN  55051

*By Certified Mail – Return Receipt Requested
and By First Class Mail-Postage Prepaid*

Executed on September 4, 2015    /e/  Anne M. Scheel
                                   Anne M. Scheel
                                   Legal Administrative Assistant
                                   Lapp, Libra, Thomson, Stoebner &
                                       Pusch, Chartered
                                   120 South Sixth Street, Suite 2500
                                   Minneapolis, MN 55402
                                   612/338-5815