**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: VON RO CORPORATION  　　　　　　　　　　　　　　　　Case No.: 13–34910
Debtor(s) 　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

JOHN R STOEBNER TRUSTEE 　　　　　　　　　　　　　　Adv. Proc. No. 15–03117
Plaintiff

v.

Joseph John Newton
Tracy L Newton
Donovan P Hardy
Spire Credit Union fka Greater Minnesota Credit Union
Brian Smith, in his official capacity as Sheriff of Kanabec
County, Minnesota
John Doe 1–X
Jane Doe 1–X
ABC corporation
Defendant

*A lawsuit has been started against you.* You have been or will be served with a Summons and Complaint. If the plaintiff is successful, or you do not respond in time, you could end up owing money to the plaintiff, even though, if you are a debtor in the related case, you may have received a discharge. You should consult your attorney as soon as possible, unless you wish to represent yourself.

If you are unable to afford an attorney, you may contact:

　　　　　　　　　Volunteer Lawyers Network
　　　　　　　　　Bankruptcy Adversary Proceeding (BAP) Program
　　　　　　　　　(612)752–6677

You will be screened for eligibility and if it is determined that you are eligible, an attorney may be found who will represent you without payment of attorney's fees. *You are encouraged to contact Volunteer Lawyers Network as soon as possible after receiving this notice.*

You may also obtain bankruptcy related advice through the ***Bankruptcy Advice Clinic***, a free service under which low income Minnesota residents can receive up to 15 minutes of basic information and advice from a bankruptcy attorney. The volunteer attorney can review the complaint, explain laws and procedures, and talk about your legal options. The Clinics are available on a biweekly basis in Minneapolis and St. Paul. For more information and a complete schedule, see www.mnb.uscourts.gov.

Dated: 9/4/15

<u>Lori Vosejpka</u>
Clerk, United States Bankruptcy Court By: jamiesmith
Deputy Clerk

**mnbprbo 2015**

United States Bankruptcy Court
District of Minnesota

STOEBNER TRUSTEE,
    Plaintiff

Adv. Proc. No. 15-03117-GFK

Newton,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0864-3      User: jamiesmit      Page 1 of 1      Date Rcvd: Sep 04, 2015
                     Form ID: mnbprbo     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2015.
```
ust           +Daniel M McDermott,   United States Trustee,   1015 US Courthouse,   300 S 4th St,
               Minneapolis, MN 55415-3070
dft           +Brian Smith, in his official capacity as Sheriff o,   18  North Vine Street,
               Mora, MN 55051-1357
dft           +Donovan P Hardy,   708 Jewell Street,   Mora, MN 55051-1162
dft           +Joseph John Newton,   13992 Wellington Drive,   Eden Prairie, MN 55347-1741
dft           +Tracy L Newton,   13992 Wellington Drive,   Eden Prairie, MN 55347-1741
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion12.dm.ecf@usdoj.gov Sep 04 2015 21:43:51      James L. Snyder,
                210 Walnut Street, Room 793,   Des Moines, IA 50309-2106
ust            +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Sep 04 2015 21:43:44      US Trustee,
                1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
                                                                                              TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2015                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2015 at the address(es) listed below:
```
          John R Stoebner    on behalf of Plaintiff JOHN R STOEBNER TRUSTEE jstoebner@lapplibra.com,
           kgatrost@lapplibra.com;lfrey@lapplibra.com
          Ralph  Mitchell    on behalf of Plaintiff JOHN R STOEBNER TRUSTEE rmitchell@lapplibra.com,
           jpipp@lapplibra.com;curick@lapplibra.com
                                                                                             TOTAL: 2
```