UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Von Ro Corporation,

              Debtor(s),

John R Stoebner, Trustee,

              Plaintiff(s),

vs

Joseph John Newton, Tracy L Newton,
Donovan Hardy, Spire Credit Union,
Brian Smith, in his capacity as Sheriff of Kanabec
County, MN, John Doe 1-X, Jane Doe 1-X and
ABC corporation

              Defendant(s).

ORDER FOR
SCHEDULING CONFERENCE

BKY   13-34910
ADV   15-3117

Pursuant to Fed R. Civ. P. 16, as incorporated by FED. R. BANKR. P. 7016, IT IS HEREBY ORDERED:

    1. *Inapplicability of Disclosure Requirements*: The provisions of FED. R.CIV. P. 26(a)(1), 26(f), 26(a)(2), and 26(a)(3) shall not apply in this adversary proceeding.

    2. Counsel for all parties **shall participate in a** scheduling conference on **January 28, 2016 at 1:30 PM**, **by telephone conference call. If any party is pro se (self-represented and without an attorney), that party shall advise the court's calendar clerk (at 651-848-1061) of a telephone number at which that party may be reached for the conference.**

    3. Counsel shall be prepared to discuss the following at the conference:

        a. Legal and factual issues raised by the parties' claims and defenses.
        b. Discovery contemplated, and time necessary for its completion.
        c. Contemplated motions as to jurisdictional matters,  dismissal, or summary judgment.
        d. Prospects of settlement.
        e. Length of time that trial would require; identity of witnesses and exhibits.

              BY THE COURT:

              /E/ *Gregory F. Kishel*
              Gregory F. Kishel
              Chief, United States Bankruptcy Judge

COUNSEL: PLEASE NOTE:
1. If counsel for the plaintiff(s) has not received an answer from the defendant(s), and if there has been no appearance from the defendant(s), the Court encourages the plaintiff(s) to move **for default judgment**. **The motion should be set for a date and time other than the date and  time of the scheduling conference**. See LOC. R. BANKR. P. (D. MINN.) 5071-1, 7055-1, 9006-1, AND 9013-2, among others.
2. All conferences will be held by telephonic conference unless the Court requires appearances in person. The Court's staff will advise by telephone when appearances are required and will give directions. Counsel should advise the Court's calendar clerk (at 651-848-1061), within ten days of the issuance of this order, if they will be unavailable on the scheduled date. The advising counsel shall coordinate an alternative date and time with other counsel and pro se parties, and shall notice a rescheduled conference. The Court will initiate all conference calls, to ensure maximum quality of connection.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/08/2016*
Lori Vosejpka, Clerk, by JRS