UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Von Ro Corporation,

            Debtor(s),          ORDER FOR
                                            SCHEDULING CONFERENCE

John R Stoebner, Trustee,

            Plaintiff(s),

                                           BKY   13-34910
vs                                                   ADV   15-3117

Joseph John Newton, Tracy L Newton,
Donovan Hardy, Spire Credit Union,
Brian Smith, in his capacity as Sheriff of Kanabec
County, MN, John Doe 1-X, Jane Doe 1-X and
ABC corporation

            Defendant(s).

Pursuant to Fed R. Civ. P. 16, as incorporated by FED. R. BANKR. P. 7016, IT IS HEREBY ORDERED:

     1. *Inapplicability of Disclosure Requirements*: The provisions of FED. R.CIV. P. 26(a)(1), 26(f), 26(a)(2), and 26(a)(3) shall not apply in this adversary proceeding.

     2.  Counsel for all parties **shall participate in a** scheduling conference on **January 28, 2016 at 1:30 PM**, **by telephone conference call. If any party is pro se (self-represented and without an attorney), that party shall advise the court's calendar clerk (at 651-848-1061) of a telephone number at which that party may be reached for the conference.**

     3.  Counsel shall be prepared to discuss the following at the conference:

          a. Legal and factual issues raised by the parties' claims and defenses.
          b. Discovery contemplated, and time necessary for its completion.
          c. Contemplated motions as to jurisdictional matters,  dismissal, or summary judgment.
          d. Prospects of settlement.
          e. Length of time that trial would require; identity of witnesses and exhibits.

                                   BY THE COURT:

                                   ***/E/ Gregory F. Kishel***
                                   Gregory F. Kishel
                                   Chief, United States Bankruptcy Judge

COUNSEL: PLEASE NOTE:
1. If counsel for the plaintiff(s) has not received an answer from the defendant(s), and if there has been no appearance from the defendant(s), the Court encourages the plaintiff(s) to move **for default judgment**. **The motion should be set for a date and time other than the date and  time of the scheduling conference**. See LOC. R. BANKR. P. (D. MINN.) 5071-1, 7055-1, 9006-1, AND 9013-2, among others.
2.  All conferences will be held by telephonic conference unless the Court requires appearances in person. The Court's staff will advise by telephone when appearances are required and will give directions. Counsel  should advise the Court's calendar clerk (at 651-848-1061), within ten days of the issuance of this order, if they will be  unavailable on the scheduled date.  The advising counsel shall coordinate an alternative date and time with other counsel and pro se parties, and shall notice a rescheduled conference.  The Court will initiate all conference calls, to ensure maximum quality of connection**.**

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/08/2016*
Lori Vosejpka, Clerk, by JRS

United States Bankruptcy Court
District of Minnesota

STOEBNER TRUSTEE,
    Plaintiff
        Adv. Proc. No. 15-03117-GFK

Newton,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0864-3    User: jamiesmit    Page 1 of 1    Date Rcvd: Jan 08, 2016
                  Form ID: pdf111    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2016.
```
ust         +Daniel M McDermott,    United States Trustee,    1015 US Courthouse,    300 S 4th St,
              Minneapolis, MN 55415-3070
dft         +Brian Smith, in his official capacity as Sheriff o,    18  North Vine Street,
              Mora, MN 55051-1357
dft         +Donovan P Hardy,    708 Jewell Street,    Mora, MN 55051-1162
dft         +Joseph John Newton,    13992 Wellington Drive,    Eden Prairie, MN 55347-1741
dft         +Spire Credit Union fka Greater Minnesota Credit Un,    112 South Lake Street,
              Mora, MN 55051-1525
dft         +Tracy L Newton,    13992 Wellington Drive,    Eden Prairie, MN 55347-1741
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: ustpregion12.dm.ecf@usdoj.gov Jan 08 2016 21:31:48     James L. Snyder,
              210 Walnut Street, Room 793,    Des Moines, IA 50309-2106
ust         +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Jan 08 2016 21:31:44     US Trustee,
              1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
pla         +E-mail/Text: lfrey@lapplibra.com Jan 08 2016 21:31:51     JOHN R STOEBNER TRUSTEE,
              120 S 6TH ST,    STE 2500,    MINNEAPOLIS, MN 55402-1826
                                                                                             TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          ABC corporation
dft          Jane Doe 1-X
dft          John Doe 1-X
                                                                                  TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2016                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2016 at the address(es) listed below:
```
              Daniel M Duffek    on behalf of Defendant    Spire Credit Union fka Greater Minnesota Credit Union
               bky@pfb-pa.com
              John R Stoebner    on behalf of Plaintiff JOHN R STOEBNER TRUSTEE jstoebner@lapplibra.com,
               kgatrost@lapplibra.com;lfrey@lapplibra.com
              Ralph Mitchell    on behalf of Plaintiff JOHN R STOEBNER TRUSTEE rmitchell@lapplibra.com,
               nfriedman@lapplibra.com
                                                                                             TOTAL: 3
```